[No. 53662-1-I.   Division One.   June 1, 2004.]

THE CITY OF SEATTLE, ET AL., *Respondents*, v. YES FOR SEATTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-28774-1, James A. Doerty, J., entered August 1, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Becker, JJ. Now published at 122 Wn. App. 382.

[No. 30807-0-II.   Division Two.   June 2, 2004.]

DEANA HOWLAND, ET AL., *Appellants*, v. MAYBETH A. GROUT, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-12952-3, Brian M. Tollefson, J., entered August 29, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J. Now published in part at 123 Wn. App. 6.

[No. 28635-1-II.   Division Two.   June 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JACKIE LYNN BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-01759-2, Anna M. Laurie, J., entered March 29, 2002. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.